IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


DANNY JOE MURRAY,

      Plaintiff,

vs.                                       No. CV 17-00935 KG/LF

STATE OF NEW MEXICO LAW
ENFORCEMENT AGENTS, et al.,

      Defendants.

## **FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the failure of Plaintiff Danny Joe Murray to respond to the Court's Order to Show Cause filed January 5, 2018 (Doc. 8). In the Order to Show Cause, the Court noted that certain mailings to Plaintiff were returned as undelivered (*see* Doc. 6, 7, 9). The Order stated that "[i]t appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6, thus severing contact with the Court." (Doc. 8). The Order to Show Cause ordered Plaintiff to notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed no later than twenty one days after entry of the Order. (Doc. 8). The Court advised Plaintiff that failure to comply with the Order may result in dismissal without further notice. (Doc. 8).

Plaintiff has failed to notify the Clerk in writing of his current address, show cause why the action should not be dismissed, or otherwise respond to the Court's Order to Show Cause. The Court may dismiss an action under Fed. R. Civ. P. 41(b) for failure to prosecute, to comply with the rules of civil procedure, or to comply with court orders. *See Olsen v. Mapes,* 333 F.3d

1199, 1204, n. 3 (10th Cir. 2003). Therefore, the Court will dismiss this civil proceeding pursuant to Rule 41(b) for failure to comply with the Court's Order and failure to prosecute.

**IT IS THEREFORE ORDERED** that the Complaint for Violation of Civil Rights filed by Plaintiff Danny Joe Murray on September 11, 2017 and amended on September 13, 2017 (Doc. 1, 3) is **DISMISSED** without prejudice and this case is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE